# Exhibit 1



Case 3:21-cv-01973-B-BT   Document 12-1   Filed 09/15/21   Page 3 of 20   PageID 466



# Exhibit 2

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) FEBRUARY 26, 2016

item(s) listed below were:
☐ Received From
☐ Returned To
☒ Released To
☐ Seized

(Name) TY FOWLE
(Street Address) 1301 MUNICIPAL WAY
(City) GRAPEVINE, TX

Description of Item(s): SEE ATTACHED INVENTORY OF SEIZED UDF DEVICES

02/26/2016 @ 10:44 am

Received By: _____ (Signature)   Received From: Christina Edson (Signature)

## INVENTORY OF SEIZED UDF DEVICES

| Evidence ID | Make | Model | Serial Number/Service Tag# | Imaged to Results Media |
|---|---|---|---|---|
| F1RAC1 | Dell | Latitude E6430 | 9K2PJX1 | Seagate 1TB HDD, Serial # 9QJ1GK13, (F1-RA-C1_1) |
| F1REEM1 | Generic | FactRight Green/White USB | No Serial # | Seagate 1TB HDD, Serial # 9QJ1G3LT, (F1-RE-EM1, F1-RE-EM2, F1-RE-EM3, F1-RE-EM4, F1-RE-EM5, F1-RE-EM6, F1-RE-EM7, F1-RE-EM8) |
| F1REEM2 | Generic | FactRight Green/White USB | "Sammy Lopez" written on it | Seagate 1TB HDD, Serial # 9QJ1G3LT, (F1-RE-EM1, F1-RE-EM2, F1-RE-EM3, F1-RE-EM4, F1-RE-EM5, F1-RE-EM6, F1-RE-EM7, F1-RE-EM8) |
| F1REEM3 | Generic | FactRight Green/White USB | No Serial # | Seagate 1TB HDD, Serial # 9QJ1G3LT, (F1-RE-EM1, F1-RE-EM2, F1-RE-EM3, F1-RE-EM4, F1-RE-EM5, F1-RE-EM6, F1-RE-EM7, F1-RE-EM8) |
| F1REEM4 | Generic | FactRight Green/White USB | No Serial # | Seagate 1TB HDD, Serial # 9QJ1G3LT, (F1-RE-EM1, F1-RE-EM2, F1-RE-EM3, F1-RE-EM4, F1-RE-EM5, F1-RE-EM6, F1-RE-EM7, F1-RE-EM8) |
| F1REEM5 | Generic | FactRight Green/White USB | No Serial # | Seagate 1TB HDD, Serial # 9QJ1G3LT, (F1-RE-EM1, F1-RE-EM2, F1-RE-EM3, F1-RE-EM4, F1-RE-EM5, F1-RE-EM6, F1-RE-EM7, F1-RE-EM8) |
| F1REEM6 | Generic | FactRight Green/White USB | black line drawn on it | Seagate 1TB HDD, Serial # 9QJ1G3LT, (F1-RE-EM1, F1-RE-EM2, F1-RE-EM3, F1-RE-EM4, F1-RE-EM5, F1-RE-EM6, F1-RE-EM7, F1-RE-EM8) |
| F1REEM7 | Generic | Lightstone Blue/Silver USB | No Serial # | Seagate 1TB HDD, Serial # 9QJ1G3LT, (F1-RE-EM1, F1-RE-EM2, F1-RE-EM3, F1-RE-EM4, F1-RE-EM5, F1-RE-EM6, F1-RE-EM7, F1-RE-EM8) |
| F1REEM8 | Sandisk | Cruzer Blade Red/Black USB | BH1210233878 | Seagate 1TB HDD, Serial # 9QJ1G3LT, (F1-RE-EM1, F1-RE-EM2, F1-RE-EM3, F1-RE-EM4, F1-RE-EM5, F1-RE-EM6, F1-RE-EM7, F1-RE-EM8) |
| F1RJC1 | Supermicro | Firewall Server | C5120LC23MH0816 | Western Digital 250GB HDD, Serial # WMAEP3098184 (F1-RJ-C1_1) |
| F1RJC2 | SuperMicro | S2000 (Backup Server) | 0CC47A017C2E | Seagate 2TB HDD, Serial #W4214Q1Q, (F1-RJ-C2_3, F1-RJ-C2_4) Seagate 2TB HDD, Serial #Z4Z1S1FX, (F1-RJ-C2_1, F1-RJ-C2_2) |
| F1RJC3 | Dell | Poweredge 2650 (UMTH-ESERVER) | BSV1S51 | Seagate 2TB HDD, Serial # W4Z14M7A, (F1-RJ-C3, F1-RJ-C3_2) |
| F1RJC4 | Dell | Poweredge 2950 (UMTH-CSERVER) | G95RTF1 | Seagate 1TB HDD, Serial # 9QJ1S3M2 (F1-RJ-C4_1) |
| F1RJC5 | Dell | Poweredge R510 | 5WFS3P1 | Seagate 2TB HDD, Serial # S1E1K4RV (F1-RJ-C5_1, F1-RJ-C5_3) Seagate 2TB HDD, Serial # Z4Z1TGT9 (F1-RJ-C5_2) |
| F1RJC6 | Dell | Poweredge T310 (UMTH-SERVER6) | 90L9WL1 | Seagate 2TB HDD, Serial # W4Z14M7C (F1-RJ-C6_1) |
| F1RJC7 | Dell | Poweredge T410 (UMTH -SERVER1) | 2TWPMN1 | Seagate 2TB HDD, Serial # W4Z14P47, (F1-RJ-C7) |
| F1RKC8 | Dell | Poweredge 840 | 7681TH1 | Seagate 1TB HDD, Serial # 9QJ1S79R, (F1-RK-C8_1) |
| F1RKC9 | Dell | Poweredge 830 (UMTH-SERVER3) | B9DJP81 | Seagate 1TB HDD, Serial # 9QJ1GHK8 (F1-RK-C9_1) |
| F1RPC1 | Dell | Latitude E6440 | B9YWWZ1 | Seagate 750GB HDD, Serial # 3QD0PPSL, (F1-RP-C1_1) |
| F1RPEM1 | Lacie | External USB Hard Drive | 1322100618256$9K$ (Item C60) | Seagate 2TB HDD, Serial # W4Z14PYA, (F1-RP-EM1) |
| F1RTC1 | Dell | Latitude E7450 | C0KDQ32 | Hitachi 1TB HDD, Serial # GTF002PAK49GRF, (F1-RT-C1_1) |
| F1RTEM1 | Lacie External USB HD | M525U | 132210061830$29K$ | Western Digital HDD, Serial # WD-WCATR5501849 (F1-RT-EM1) |
| F1RVEM1 | Western Digital 1TB HDD | WD10EZRX | WCC4J2XV9YHK | Seagate 2TB HDD, Serial # S1E1K5X4, (F1-RV-EM1) |

| Evidence ID | Make | Model | Serial Number/Service Tag# | Imaged to Results Media |
|---|---|---|---|---|
| F1RVEM2 | Western Digital 1TB HDD | WD10EARX | WCC0S0887696 | Seagate 2TB HDD, Searil # Z1F2PHKQ (F1-RV-EM3) |
| F1RVEM3 | Western Digital 1TB HDD | WD10EADS | WCAU49226077 | Seagate 2TB HDD, Serial # W4ZOYV8N, (F1-RV-EM3) |
| F1RVEM4 | Western Digital External HD | WD2500B015 | WCAL77483273 | Hitachi 1TB HDD, Serial # STN607MS1APB7K, (F2-RV-EM4) |
| F1RVEM5 | Western Digital External HD | WD6400H1U-00 | W0AUF1835519 | Seagate 1TB HDD, Serial # 9QJ1S709, (F1-RV-EM5) |
| F1RWC1 | Corsair | Custom Desktop | No Serial # | Seagate 1.5TB HDD, Serial # 9V54BT9T, (F1-RW-C1_1), Seagate 1.5TB HDD, Serial # 9VS4AY8E, (F1-RW-C1_2), Western Digital 250GB HDD, Serial # WMAEP2814186, (F1-RW-C1_3) |
| F1RWC2 | MacBook Pro laptop | A1398 | C02NMDZCG3QD | Western Digital 1TB HDD, Serial # WCAW31353923, (F1-RW-C2_1), Western Digital 1TB HDD, Serial # WCAW32351842, (F1-RW-C2_2) |
| F2RCC1 | Dell | Latitude E6440 | 64VCVY1 | Seagate 1TB HDD, Serial # 9QJ1S7PT, (F2-RC-C1_1) |
| F2RCP1 | Apple iPhone | iPhone M54W2LL/A | DNQND5GEG | Blu-Ray Disc |
| F2REC1 | Dell | Latitude E7240 | B5JGXY1 | Seagate 750GB HDD, Serial # 3QD0YNSV, (F2-RE-C1_1) |
| F2REP1 | Nokia Cell Phone | NOKIA 909 | 356699050831634 (IMEI) | Blu-Ray Disc |
| F2REP2 | Apple iPhone | iPhone A1533 | 013846003441962 (IMEI) s/n F17LV4DEFFDP | Blu-Ray Disc |
| F2RFC1 | Gateway | GP6-450 Desktop | 12366591 | Seagate 250GB HDD, Serial # 5ND3XSQP, (F2-RF-C1) |
| F2RHHC1 | Dell | Latitude E7440 | 2JVGG12 | Seagate 750GB HDD, Serial # 3QD0XVMP, (F2-RHH-C1_1) |
| F2RHHEM1 | Staples USB 4GB | SDUFSTS-00YG | 4GB No s/n | Western Digital 1TB HDD, Serial # WCATR8800901, (F2-RHH-EM1) |
| F2RHHP1 | Apple iPhone | iPhone MG502LL/A | DNPND680G5MJ | Blu-Ray Disc |
| F2RIIEM1 | Lacie External USB HD | Unknown | 118771029O123CR | Seagate 1TB HDD, Serial # 9QJE1NL, (F2-RII-EM1) |
| F2RJJC1 | Dell | Latitude E5440 | 2Y2DD12 | Hitachi 1TB HDD, Serial # PBHZEM1E, (F2-RJ-C1_1) |
| F2RJJP1 | Apple iPhone | iPhone MD635LL/A | DNPKR3LTF | Blu-Ray Disc |
| F2RNC1 | Dell | Latitude E6320 | J8VYFS1 | Western Digital 500GB HDD, Serial # WCASYC366195, (F2-RN-C1_1) |
| F2RNNNC1 | Dell | Latitude E6530 | 65Y2KX1 | Seagate 1TB HDD, Serial # 9QJNJK6, (F2-RNNN-C1_1) |
| F2ROC1 | Dell | Precision T3500 | GSNJML1 | Western Digital 160GB HDD, Serial # WCANM2938595, (F2-ROC1_1) |
| F2ROC2 | Dell | Latitude E7440 | JFPZV21 | Seagate 750GB HDD, Serial # 9VP2AVYD, (F2-RO-C2_1, F2-RO-C2_2) |
| F2ROC3 | Dell | Latitude E6430 | 5ZD3XW1 | Seagate 500GB HDD, Serial # 5VMMSHG0, (F2-RO-C3_1, F2-RO-C3_2) |
| F2ROEM1 | Generic USB 2GB | Blue/Silver United Development | 2GB no s/n | Western Digital 1TB HDD, Serial # WCATR8800901, (F2-RO-EM1) |

| Evidence ID | Make | Model | Serial Number/Service Tag# | Imaged to Results Media |
|---|---|---|---|---|
| F2ROEM2 | Sandisk USB 512mb | Cruzer | 512MB no s/n | Western Digital 1TB HDD, Serial # WCATR8800901, (F2-RO-EM2) |
| F2ROEM3 | Generic "UDF" USB 4GB | Wooden | 4GB no s/n | Western Digital 1TB HDD, Serial # WCATR8800901, (F2-RO-EM3) |
| F2ROP1 | Apple iPhone | iPhone A1633 6S | FK1QDHM6GRY1 | Maxtor 160GB HDD, Serial # L30QT9MG, (F2-RO-P1) Blu-Ray Disc containing extraction report for (F2-RO-P1) |
| F2RPPPC1 | Dell | Latitude E5540 | 8510312 | Seagate 250GB HDD, Serial # 5ND3V54D, (F2-RPPP-C1_1) |
| F2RPPPP1 | Apple iPhone | iPhone A1428 | 013327000147654 (IMEI) S/N C38JDKQ9DT | Blu-Ray Disc |
| F2RQQQC1 | Dell | Latitude E5550 | DN69Q32 | Western Digital 500GB HDD, Serial # WCAWF1352490, (F2-RQQQ-C1_1) |
| F2RTC1 | Dell | Latitude E6320 | HWX67R1 | Hitachi 1TB HDD, Serial # PAG68NKA, (F2-RT-C1_1) |
| F2RTC2 | Dell | Latitude E5400 | CXLWYJ1 | Western Digital 250GB HDD, Serial # WMAEP3130324, (F2-RT-C2_1) |
| F2RUEM1 | Lacie External USB HD | M525U | 132210061B0462K | Toshiba 1TB HDD, Serial # 53HPU8LNS, (F2-RU-EM1) |
| F2RUUC1 | Dell | Optiplex 3010 | 4FXNFX1 | Seagate 1TB HDD, Serial # 9QJ59JWX, (F2-RUU-C1_1) |
| F2RWEM1 | Western Digital External HD | 1TB Elements | WX51EC41CYUB | Seagate 2TB HDD, Serial # W4Z14L3S, (F2-RW-EM1) |
| ItemC57EM1 | Kingston | 4GB White/Gray USB | "Whitley Penn 3Q14 Audit Files" | Seagate 1TB HDD, Serial # 9QJ1GJSW, (Item-C57-EM1, Item-C57-EM2, Item-C57-EM3, Item-C57-EM4) |
| ItemC57EM2 | Kingston | 4GB White/Gray USB | "UDF IV Statistics (HMG Project)" | Seagate 1TB HDD, Serial # 9QJ1GJSW, (Item-C57-EM1, Item-C57-EM2, Item-C57-EM3, Item-C57-EM4) |
| ItemC57EM3 | Color Turn | 16GB Brown/Silver USB | "UDF IV Valuation Project (2014)" | Seagate 1TB HDD, Serial # 9QJ1GJSW, (Item-C57-EM1, Item-C57-EM2, Item-C57-EM3, Item-C57-EM4) |
| ItemC57EM4 | Generic | Wooden "UDF" USB | "4Q14 Risk Assessment Virtual Binders" | Seagate 1TB HDD, Serial # 9QJ1GJSW, (Item-C57-EM1, Item-C57-EM2, Item-C57-EM3, Item-C57-EM4) |
| F2RSSSP1 | Apple iPhone | A1633 | DNPQDFY5GRXW | Blu-Ray Disc |
| Imaged On-Site | UDF Email Back-up | On-Site PST back-up by Sys Admin | n/a (on-site back-up) | Seagate 2TB HDD, Serial # Z4ZIS51R, (UDF email .pst back-up) |

# Exhibit 3

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) MARCH 1, 2016

item(s) listed below were:
☐ Received From
☐ Returned To
☑ Released To
☐ Seized

(Name) BECCA LOEGERING
(Street Address) 1717 MAIN STREET, SUITE 2800
(City) DALLAS, TX

Description of Item(s): SEE ATTACHED INVENTORY CONSISTING OF FOUR PAGES DESCRIBING FOUR DEVICES

3/1/2016 @ 8:40 am

Received By: _____ (Signature)   Received From: _____ Christine Edson (Signature)

## INVENTORY OF SEIZED UDF DEVICES ("Cason Device")

| Evidence ID | Make | Model | Serial Number/Service Tag# | Imaged to Results Media |
|---|---|---|---|---|
| F1RPP1 | Apple iPhone | A1522 | FK2NPB4FG5QL | Blu-Ray Disc |

**Inventory of Cox Device**

| Evidence ID | Make | Model | Serial Number/Service Tag# | Imaged to Results Media |
|---|---|---|---|---|
| F2RUUP1 | Apple iPhone | A1533 | C39MG49QFFDQ | Blu-Ray Disc |

Inventory of Malison Device

| Evidence ID | Make | Model | Serial Number/Service Tag# | Imaged to Results Media |
|---|---|---|---|---|
| F2RNNNP1 | Apple iPhone | A1428 | C35JQJS7DTTN | Blu-Ray Disc |

## Inventory of Tidwell Device

| Evidence ID | Make | Model | Serial Number/Service Tag# | Imaged to Results Media |
|---|---|---|---|---|
| F2RQQP1 | Apple iPhone | iPhone MG502LL/A | DNPNM91LG5MJ | Blu-Ray Disc |

# Exhibit 4

**From:** Paul Pelletier
**To:** Brasher, Douglas (USATXN)
**Subject:** Re: UDF - Filter AUSA & EisnerAmper Materials
**Date:** Wednesday, May 12, 2021 12:59:29 PM

Got it. Will do. Pep

> On May 12, 2021, at 1:17 PM, Brasher, Douglas (USATXN) <Douglas.Brasher@usdoj.gov> wrote:
>
> Mr. Pelletier,
>
> I have been assigned as a filter AUSA for the UDF matter.
>
> We have received materials from the EisnerAmper accounting firm. EisnerAmper's counsel indicated to us that they removed all potentially privileged material before producing the documents to us. Out of an abundance of caution, however, I am providing these materials to you via USAfx so that you can review them for privilege prior to me providing them to the prosecution team. Accordingly, please provide me with a privilege log identifying any documents that you deem to be privileged containing a brief explanation as to the nature and a basis of the privilege, on or before May 31, 2021.
>
> After I receive your privilege log, I will provide the uncontested non-privileged documents to the prosecution team.
>
> In the event that I agree with your privilege designations as to specific documents, I will not provide those documents to the prosecution team and will destroy and/or return them to EisnerAmper's counsel.
>
> In the event that I disagree with your privilege designations as to specific documents, I will contact you to discuss them. If we cannot reach an agreement, I will seek a judicial determination.
>
> Please let me know if you have any questions.
>
> I look forward to working with you on this issue.
>
> Sincerely,
> Doug Brasher
>
> _____
> Douglas B. Brasher
> Assistant United States Attorney
> Northern District of Texas
> 1100 Commerce Street, Third Floor
> Dallas, Texas 75242-1699

Telephone: 214-659-8604
douglas.brasher@usdoj.gov